IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : CASE NO: 7:23-CR-65 WLS-TQL-18 |
| **YARDLEY PAYNE,** | : |
| | : |
| **Defendant.** | : |
| _____ | : |

**ORDER**

On November 21, 2023, the Court received correspondence dated November 14, 2023, through the U.S. Mail from Defendant Yardley Payne, a copy of which will be filed under seal. Therein, Defendant Payne requests that he be set free on bond pending trial. A review of the docket, however, reflects that Defendant is currently represented by Barry Debrow, Jr. (*See* Docket.) On November 21, 2023, a copy of Defendant's correspondence was forwarded to his counsel of record and counsel for the Government.

Courts in this district do not accept *pro se* filings from criminal defendants who are represented by counsel, *United States v. Johnson*, No. 1:11-cr-12 (WLS), slip op. at 1 (M.D. Ga. May 1, 2013) (Sands, J.) ("This Court has a longstanding practice of striking *pro se* filings from defendants who are represented by counsel."); *Harrison v. United States*, No. 1:07-cr-45-003 (HL), 2012 WL 3656432, at *1 (M.D. Ga. Aug. 24, 2012).

Accordingly, Defendant Payne is hereby **ORDERED** to cease filing papers in this Court or submitting requests for relief in this case directly to the Court while he is represented by counsel, unless he seeks express permission from the Court to do so. Counsel for Defendant Payne is hereby **ORDERED** to promptly provide Defendant with a copy of this Order. Counsel shall confer with Defendant with respect to Defendant's correspondence and proceed in accordance with his duties as counsel and the federal and local rules.

The Clerk of Court is **DIRECTED** to file **UNDER SEAL** a copy of Defendant Payne's correspondence dated November 14, 2023.

**SO ORDERED**, this 27th day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1