# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:23-CR-65 WLS-TQL-18** |
| **YARDLEY PAYNE,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

On November 25, 2024, this Court issued a Show Cause Order (Doc. 572). On November 26, 2026, Barry Debrow Jr., counsel for Defendant Yardley Payne, filed a response (Doc. 579) to the Order advising the Court that he failed to attend the November 13, 2024, Pretrial Conference due to an ongoing family medical emergency. In light of Mr. Debrow's response showing good cause, the Court deems the Show Cause Order (Doc. 572) satisfied and no sanctions are warranted.

**SO ORDERED**, this 2nd day of December 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**